AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with account identified as<br>lizzie.mulder@me.com that is stored at premises<br>controlled by Apple, Inc. | ) ) ) Case No. **SA16-458M**<br>) ) ) |

FILED 2017 JAN 13 PM 2:20

## 18 U.S.C. § 2703 SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __14 days from the date of its issuance__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

IT IS FURTHER ORDERED that the Provider named in Attachment A shall comply with the further orders set forth in Attachment B, and shall not notify any person, including the subscriber(s) of each account identified in Attachment A, of the existence of the warrant.

**Jay C. Gandhi**

Date and time issued: 9-30-16 @ 12:52 pm

*Judge's signature*

City and state: Santa Ana, California        Jay C. Gandhi, U.S. Magistrate Judge
*Printed name and title*

AUSA: Scott D. Tenley x2829

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: SA16-458M | Date and time warrant executed: 10/12/2016 (Mailed) | Copy of warrant and inventory left with: Apple Inc. |
| Inventory made in the presence of: Arnell Rivera |||

*Inventory of the property taken and name of any person(s) seized:*
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See Attachment (5 pages)

---

**Certification** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 1/13/17

*Executing officer's signature*

James Kim   Special Agent
*Printed name and title*

Orange County
Computer Forensics Laboratory
Riverside CA 92507
951-248-6616

# TECHNICAL SERVICES REPORT

**SRN:** 16-272-01A  
**Agency:** FBI-LA (OCRA)

**Examiner:** Arnell Rivera  
**Agency Case #:** 318A-LA-2086481

**TECHNICAL SERVICE REQUEST:**

- [ ] Adam Walsh Room
- [ ] Other FBI Lab
- [ ] Trial Prep
- [ ] Media Wipe (Include Wipe Log)
- [ ] Defense Discovery
- [x] Technical Assistance Support
- [ ] Copy DE
- [ ] NCMEC DE
- [ ] Other:

**BRIEF DESCRIPTION OF REQUESTED SERVICE:**
Process Apple iCloud return for data extraction for further analysis and review by the Case Agent.

**DATE OF REPORT:** 12/27/2016  
**WORK STARTED:** 12/14/2016  
**WORK COMPLETED:** 12/21/2016

The following Derivative Evidence items were generated during the technical services process:

| OCRCFL ECN | ITEM DESCRIPTION |
|---|---|
| ORC024719 | **RESULTS Copy (Case Agent):** One (1) 32GB PNY SD memory card containing extracted data from the submitted item |

| DATE | NOTES | HOURS |
|---|---|---|
| | All times are approximate and are for Administrative purpose only. | |
| 12/14/16 | **ADMINISTRATIVE**<br>Service request assignment.<br>Reviewed Legal Authority.<br>Emailed Case Agent regarding service request assignment. | .25 |
| 12/14/16 | **EVIDENCE**<br>ORC024767 checked out of Evidence Control Center (ECC). | 0 |

Page 1 of 5

OCRCFL FORM 114 v4.2

ASCLD/LAB - *International*  
Accredited Laboratory  
Since January 23, 2013



| DATE | | | HOURS |
|---|---|---|---|
| 12/14/16 | **EVIDENCE** On 12/08/16, one 32GB PNY SD card was submitted to the Orange County Regional Computer Forensics Laboratory (OCRCFL). It contained Apple iCloud return file. | | .25 |

| OCRCFL ECN | AGENCY ECN | ITEM DESCRIPTION | FILE NAME | SERIAL NUMBER |
|---|---|---|---|---|
| ORC024767 | 1B1 | 32GB PNY Secure Digital (SD) Card | 16023274_Production.zip.gpg | S732G1551TI411512 01503 |

| 12/20/16 | **PROCESS** Data extraction was successfully completed. The following information is from the extracted data. | 3.50 |
|---|---|---|

Device Information

| Name | Value |
|---|---|
| **Legacy** | |
| iCloud account present | False |
| Apple ID | lizzie.mulder@me.com |
| Apple ID | elizabethjmulder@yahoo.com |
| Last user ICCID | 89148000001258080513 |
| ICCID | 89148000001258080513 |
| MSISDN | 9492305105 |
| **Phone Settings** | |
| Location Services Enabled | True |

Page 2 of 5

For Official Use Only

| | |
|---|---|
| Auto Time | True |
| Auto Time Zone | True |
| Find my iPhone enabled | True |

## Contents

| Type | Included in report | Total |
|---|---|---|
| Bluetooth Devices | 3 (1 Deleted) | 3 (1 Deleted) |
| Call Log | 454 (261 Deleted) | 454 (261 Deleted) |
| Chats | 10 | 10 |
| WhatsApp | 10 | 10 |
| Contacts | 2323 (46 Deleted) | 2323 (46 Deleted) |
| Cookies | 27897 (594 Deleted) | 27897 (594 Deleted) |
| Emails | 3947 | 3947 |
| IP Connections | 79 | 79 |
| Locations | 2447 (216 Deleted) | 2447 (216 Deleted) |
| Log Entries | 3563 | 3563 |
| Notifications | 467 (23 Deleted) | 467 (23 Deleted) |
| Passwords | 8 (1 Deleted) | 8 (1 Deleted) |
| SMS Messages | 2441 | 2441 |
| User Accounts | 39 (4 Deleted) | 39 (4 Deleted) |
| Voicemails | 52 | 52 |
| Wireless Networks | 121 (11 Deleted) | 121 (11 Deleted) |
| Timeline | 15071 (132 Deleted) | 15071 (132 Deleted) |
| Data Files | 19455 (2042 Deleted) | 19455 (2042 Deleted) |

For Official Use Only

| | | |
|---|---|---|
| Audio | 103 | 103 |
| Configurations | 7869  (1657 Deleted) | 7869  (1657 Deleted) |
| Databases | 143   (51 Deleted) | 143   (51 Deleted) |
| Documents | 14 | 14 |
| Images | 2490   (3 Deleted) | 2490   (3 Deleted) |
| Text | 39   (5 Deleted) | 39   (5 Deleted) |
| Uncategorized | 8154  (326 Deleted) | 8154  (326 Deleted) |
| Videos | 643 | 643 |
| Activity Analytics | 7761 | 7761 |
| Analytics Emails | 1623 | 1623 |
| Uncategorized | 886 | 886 |
| laurenkatz902@yahoo.com | 737 | 737 |
| Analytics Phones | 1065 | 1065 |
| WhatsApp | 10 | 10 |

| | | |
|---|---|---|
| 12/21/16 | **RESULTS MEDIA**<br>Case Agent Results Media is a 32GB PNY SD card (ORC024719). | 0 |
| 12/21/16 | **RESULTS MEDIA**<br>Extraction report copied and pasted on to ORC024719 (Case Agent copy) using Windows 7 copy/paste utility tool on forensic machine PIG 0442.<br>Extraction report was successfully copied. | .25 |

Page 4 of 5

For Official Use Only

| | | HOURS |
|---|---|---|
| 12/28/16 | **DISPOSITION OF RESULTS MEDIA**<br>ORC024719 was submitted to ECC. | .25 |
| 12/28/16 | **DISPOSITION OF EVIDENCE**<br>ORC024767 was returned to ECC. | .25 |
| 12/28/16 | **ADMINISTRATIVE**<br>Notes were finalized and completed. | 1.00 |
| | **Total Technical Services Hours:** | 5.75 |
| Digital Signature | Arnell Rivera | |

EXAMINATION NOTES (OCRCFL FORM 105) COMPLETED: ☒YES ☐NO

Page 5 of 5

For Official Use Only